```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                    :
FBG WALL LLC,                       :
                                    :  Case No.
                Plaintiff,          :
                                    :
       - against -                  :  RULE 7.1 STATEMENT
                                    :
WAL-MART REAL ESTATE BUSINESS TRUST,:
                                    :
                Defendant.          :          08 CIV. 1255
-----------------------------------x
```

FILED FEB - 7 2008 USDC WP SDNY

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __Plaintiff FBG Wall LLC__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

None

Dated:   New York, New York
         February 5, 2008

JOHN C. RE<br>
JR-7239<br>
Aronauer, Re & Yudell, LLP<br>
<i>Attorneys for Plaintiff</i><br>
444 Madison Avenue, 17th Floor<br>
New York, New York 10022<br>
(212) 755-6000