## LAW OFFICES OF
## SNYDER & SNYDER, LLP
94 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591
(914) 333-0700
FAX (914) 333-0743

WRITER'S E-MAIL ADDRESS
e-mail to: rturner@snyderlaw.net

NEW YORK OFFICE
445 PARK AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10022
(212) 749-1448
FAX (212) 932-2693

DAVID L. SNYDER*
LESLIE J. SNYDER
ROBERT D. GAUDIOSO

FREDERICK W. TURNER, COUNSEL

*ADMITTED NY, NJ AND DC

NEW JERSEY OFFICE
ONE GATEWAY CENTER, SUITE 2600
NEWARK, NEW JERSEY 07102
(973) 824-9772
FAX (973) 824-9774

REPLY TO:
Westchester office

March 31, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08
```

**Via Fax:** 212.805.7901
Hon. Harold Baer, Jr.
United States Courthouse
500 Pearl Street
New York, New York 10007

RE: FBG Wall v. Wal-Mart, 08 CV 1255

Your Honor:

This firm represents Defendant Wal-Mart in the above-captioned matter. I write to request that the Pre-trial Conference, presently scheduled for **April 3, 2008**, be adjourned to **April 17, 2008**, or until such time as may be convenient for the court. Opposing counsel does not object to this request for a brief adjournment.

The parties are actively engaged in settlement discussions and this controversy may be resolved in the very near future. Please feel free to contact me at the above address if you have any questions regarding this request.

Very truly yours,

Frederick W. Turner
Snyder & Snyder, LLP

*[handwritten: April 17 at 3:00 PM]*

So Ordered:

_____
Hon. Harold Baer, Jr.

Dated: _____

*[handwritten stamp: SO ORDERED: Harold Baer, Jr., U.S.D.J. Date: 4/1/08]*

cc:   John C. Re (via U.S. Mail and Fax: 212.755.6006)
      Aronauer, Re & Yudell, LLP
      444 Madison Avenue
      New York, New York 10022
      212.755.6000

Z:\SSDATA\WPDATA\SS11\Wal-Mart\Monroe\FBG Wall\Court ltr re adj of PTC.wpd