LAW OFFICES OF
# SNYDER & SNYDER, LLP
94 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591
(914) 333-0700
FAX (914) 333-0743

WRITER'S E-MAIL ADDRESS
e-mail to: rturner@snyderlaw.net

NEW YORK OFFICE
445 PARK AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10022
(212) 749-1448
FAX (212) 932-2693

DAVID L. SNYDER*
LESLIE J. SNYDER
ROBERT D. GAUDIOSO

FREDERICK W. TURNER, COUNSEL

*ADMITTED NY, NJ AND DC

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.
NEW JERSEY OFFICE
ONE GATEWAY CENTER, SUITE 2600
NEWARK, NEW JERSEY 07102
(973) 824-9772
FAX (973) 824-9774

REPLY TO:
**Westchester office**

April 2, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

Via Fax: 212.805.7901
Hon. Harold Baer, Jr.
United States Courthouse
500 Pearl Street
New York, New York 10007

RE: FBG Wall v. Wal-Mart, 08 CV 1255

Your Honor:

This firm represents Defendant Wal-Mart Real Estate Business Trust in the above-captioned matter. I write to inform the Court that the parties have conferred and agreed that Defendant's time to respond to the Complaint in this matter be extended to May 2, 2008. A stipulation signed by both parties is attached for your review and approval. Also attached is a copy of the docket sheet pursuant to your Individual Rule 1(E).

The parties are actively engaged in settlement discussions and this controversy may be resolved in the very near future. Please feel free to contact me at the above address if you have any questions regarding this request.

Very truly yours,

Frederick W. Turner
Snyder & Snyder, LLP

So Ordered:
_____
Hon. Harold Baer, Jr.
Dated: 4/3/08