# SNYDER & SNYDER, LLP
94 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591
(914) 333-0700
FAX (914) 333-0743

WRITER'S E-MAIL ADDRESS
e-mail to: fturner@snyderlaw.net

**NEW YORK OFFICE**
445 PARK AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10022
(212) 749-1448
FAX (212) 932-2693

DAVID L. SNYDER*
LESLIE J. SNYDER
ROBERT D. GAUDIOSO

FREDERICK W. TURNER, COUNSEL

*ADMITTED NY, NJ AND DC

**U.S. DISTRICT JUDGE**
**S.D.N.Y.**
NEW JERSEY OFFICE
ONE GATEWAY CENTER, SUITE 2600
NEWARK, NEW JERSEY 07102
(973) 824-9772
FAX (973) 824-9774

REPLY TO:
**Westchester office**

April 18, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08
```

**Via Fax: 212.805.7901**
Hon. Harold Baer, Jr.
United States Courthouse
500 Pearl Street
New York, New York 10007

RE: FBG Wall v. Wal-Mart, 08 CV 1255

Your Honor:

This firm represents Defendant Wal-Mart Real Estate Business Trust in the above-captioned matter. I write to inform the Court that the parties have conferred and agreed that Defendant's time to respond to the Complaint in this matter be extended to **May 16, 2008**. A stipulation signed by both parties is attached for your review and approval.

Attached is a copy of the docket sheet pursuant to your Individual Rule 1(E). Based on our conversation at the conference yesterday, I understand that this case will be re-assigned and transferred to White Plains for all further purposes. Please feel free to contact me at the above address if you have any questions regarding this request.

Very truly yours,

Frederick W. Turner
Snyder & Snyder, LLP

So Ordered:

Hon. Harold Baer, Jr.

Dated: 4/21/08

cc:    John C. Re (via U.S. Mail and Fax: 212.755.6006)
         Aronauer, Re & Yudell, LLP
         444 Madison Avenue
         New York, New York 10022
         212.755.6000

Z:\SSDATA\WPDATA\SS11\Wal-Mart\Monroe\FBG Wall\Court ltr re time to respond.wpd