USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FBG Wall LLC,

                            Plaintiff,

    -against-

Wal-Mart Real Estate Business Trust,

                           Defendant.

----------------------------------------------------------------X

Stipulation Extending
Defendant's Time to Respond

Case No. 08 CV 1255 (HB)

      WHEREAS, Plaintiff has filed a Summons and Complaint in the above-captioned matter alleging certain causes of action; and

      WHEREAS, pursuant to an agreement on behalf of the parties, the Summons and Complaint were served on Defendant by delivery to its counsel on or about March 17, 2008, and by an Acknowledgment and Acceptance of Service of the Summons and Complaint the undersigned counsel accepted such service and appeared as counsel for the Defendant;

      WHEREAS, Defendant Wal-Mart Real Estate Business Trust (Wal-Mart) has requested additional time to respond to the Complaint;

      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant Wal-Mart that the time for Defendant Wal-Mart to answer, move, or otherwise respond to the Complaint in the above-captioned action is hereby extended for all

purposes and without prejudice to either party to May 16, 2008.

AGREED:

*[signature]*
Frederick W. Turner (FT 5083)
Snyder & Snyder, LLP
Attorneys for Defendant
94 White Plains Road
Tarrytown, New York 10591
914.333.0700
Dated: April 18, 2008

*[signature]*
John C. Re (JR 7239)
Aronauer, Re & Yudell, LLP
Attorneys for Plaintiff
444 Madison Avenue
New York, New York 10022
212.755.6000
Dated: 4/18/08

So Ordered
*[signature]*
Hon. Harold Baer, Jr.
Dated: 4/21/08